# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138571

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHARON LEE SCHELLENBERG,
and DAVID W. RIGGLE,
        Plaintiffs-Appellants,

v

                                   SC: 138571
                                   COA: 289401

BINGHAM TOWNSHIP, and
ROBERT FOSTER,
        Defendants-Appellees.
                                   Leelanau CC: 06-007326-CZ

_____/

      On order of the Court, the application for leave to appeal the February 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009                                                    
                                                         Clerk